JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSA TOMMASINO | CASE NO.: 2:11-cv-01288-RCJ-LRL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, as Claims Administrator for Harrah's Operating Company, Inc. Long-Term Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the above-referenced matter (case no. 2:11-cv-01288-RCJ-LRL) with prejudice. As part of the settlement, the parties have resolved all issues relating to attorneys' fees and costs.

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

1  DATED this 7th day of October, 2011.

2  LAW OFFICE OF JULIE A. MERSCH          LEWIS BRISBOIS BISGAARD &SMITH, LLP

4  BY:  /s/ Julie A. Mersch                BY:  /s/ Greg S. Como
       JULIE A. MERSCH                          GREG S. COMO
5      Nevada Bar No. 4695                      Nevada Bar No. 11089
       1100 East Bridger Avenue                 Phoenix Plaza Tower II
6      Las Vegas, Nevada 89101                  2929 North Central Ave., Ste. 1700
       *Attorney for Plaintiff*                 Phoenix, Arizona 85012-2761
7                                               *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**U.S District/Magistrate Judge**
**Dated:** 10-07-2011

W:\TOMMASINO.2\PLDGS\StipDismiss.wpd

- 2 -