1 | JULIE A. MERSCH, ESQ.
Nevada Bar No. 004695
2 | LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
3 | Las Vegas, NV 89101
(702) 387-5868
4 | Fax: (702) 387-0109
jam@merschlaw.com
5 | Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSA TOMMASINO | CASE NO.: 2:11-cv-01288-RCJ-LRL |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, as Claims Administrator for Harrah's Operating Company, Inc. Long-Term Disability Income Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

The parties, having settled their dispute, hereby stipulate that the Court shall dismiss the above-referenced matter (case no. 2:11-cv-01288-RCJ-LRL) with prejudice. As part of the settlement, the parties have resolved all issues relating to attorneys' fees and costs.

////
////
////
////
////
////
////
////
////

1     DATED this 7th day of October, 2011.

2   LAW OFFICE OF JULIE A. MERSCH     LEWIS BRISBOIS BISGAARD &SMITH, LLP

4   BY:   /s/ Julie A. Mersch              BY:   /s/ Greg S. Como
        JULIE A. MERSCH                    GREG S. COMO
        Nevada Bar No. 4695               Nevada Bar No. 11089
        1100 East Bridger Avenue          Phoenix Plaza Tower II
        Las Vegas, Nevada 89101          2929 North Central Ave., Ste. 1700
        *Attorney for Plaintiff*                 Phoenix, Arizona 85012-2761
                                                           *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**U.S District/Magistrate Judge**
**Dated:** 10-07-2011

W:\TOMMASINO.2\PLDGS\StipDismiss.wpd

- 2 -